# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 2, 2017

### NO. 03-16-00442-CV

**R. H., Appellant**

**v.**

**D. A. and R. A., Appellees**

**APPEAL FROM THE 51ST DISTRICT COURT OF SCHLEICHER COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on June 13, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.